United States District Court

Eastern District of Louisiana

Smart ID Cards Inc

v.                                          CIVIL ACTION NO. 2:00-cv-00169
                                                                    K(3)
Ring Systems Inc


   The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

   Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

   (1) A list of all parties still remaining in this action;

   (2) Copies of all pleadings, including answers, filed by those parties in state court; and

   (3) Copies of the return on service of process on those parties filed in state court.

   New Orleans, Louisiana, January 19, 2000.

                                        By Direction of the Court

                                        LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 18  P 4: 54

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SMART ID CARDS, INC. | * | CIVIL ACTION |
| Plaintiff, | * | NO. **00-0169** |
| VERSUS | * | SECTION " "  **SECT. K MAG. 3** |
| RING SYSTEMS, INC. | * | |
| Defendant, | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF REMOVAL

COMES NOW defendant, Ring Systems, Inc. ("Ring Systems"), who gives notice that it removes the above-captioned action from the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and respectfully represents as follows:

1. On January 10, 1999, Ring Systems was served by certified mail pursuant to the Louisiana Long Arm Statute, La. R.S. 13:3201-3207, with the "Petition for Preliminary and Permanent Injunction and Other Relief" initiating a lawsuit in the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, against defendant, Ring



-511048/1

Systems, which was captioned "*Smart ID Cards, Inc. versus Ring Systems, Inc.*," bearing Civil Action No. 99-15173-G. A copy of the Petition is attached as Exhibit A.

2. The plaintiff, Smart ID Cards, Inc. ("Smart ID"), is a corporation incorporated under the laws of the State of Louisiana with its registered office and principal place of business in Mandeville, Louisiana.

3. The defendant Ring is a corporation incorporated under the laws of the State of North Carolina with its principal place of business in Charlotte, North Carolina.

4. The plaintiff Smart ID seeks injunctive relief, damages and attorneys' fees which (exclusive of interests and costs) would meet the jurisdictional amount of $75,000. Indeed, this action is a civil action in which the plaintiff Smart ID seeks injunctive relief, which if granted, would result in a benefit to it and/or a loss to the defendant in excess of $75,000 (exclusive of interests and costs). Accordingly, the amount in controversy in this action is in excess, exclusive of interests and costs, of the sum of $75,000.

5. Pursuant to 28 U.S.C. 1332, this Court has subject matter jurisdiction over the causes of action asserted in the Petition because the value of the action exceeds $75,000 and is between citizens of different states. Therefore, removal is proper pursuant to 28 U.S.C. §1441(a) and (b).

6. Pursuant to 28 U.S.C. § 1446(a), Ring attaches hereto copies of process, pleadings, and orders served upon it in this action. *See* Exhibit A.

7. This action is timely under the provisions of 28 U.S.C. § 1446(b) because it was filed within 30 days of receipt of valid service of process upon the defendant of the pleading (*i.e.*, the Petition) from which it first could be ascertained that the case was removable.

8. Ring System's time to respond to the Petition has not expired.

9. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that, promptly after the filing of this Notice of Removal, copies of the Notice will be served upon opposing counsel and filed with the Clerk of Court of the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, as provided by law, to effect the removal.

10. Based on the foregoing, this Court has removal jurisdiction over this action based on the existence of a diversity of citizenship of the parties pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b).

**WHEREFORE**, Ring Systems, Inc. prays that the above action, now pending against it in the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana.

Dated this 18th day of January, 2000.

Respectfully submitted,

RING SYSTEMS, INC.

By: _____
Steven W. Usdin, 12986
Paul J. Masinter, 18324
Of
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON,
  L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200