FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -3  A 8: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SMART ID CARDS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-169** |
| **RING SYSTEMS, INC.** | **SECTION "K"(3)** |

Considering a pending Motion for Expedited Hearing on a Preliminary Injunction, the Court believes that a status conference is in order. Accordingly,

**IT IS ORDERED** that a status conference shall be held in Chambers on **Friday, February 4, 2000 at 9:00 a.m.** Counsel should bring their calendars in order for this matter to be set at that time.