FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8 A 11: 41

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**February 4, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SMART ID CARDS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-169** |
| **RING SYSTEM, INC.** | **SECTION "K"(3)** |

Attending a status conference concerning a Motion for Expedited hearing on a Preliminary Injunction filed by defendant Ring System, Inc. were:

Nolan Lambert, Michael Gaffney, and Stephen Doody for Smart ID Cards, Inc.
Steve Usdin and Paul Masinter for Ring Systems.

Considering the discussions had,

**IT IS ORDERED** that a Hearing on the Preliminary Injunction sought by plaintiff shall be held on **February 18, 2000 at 9:30 A.M.**

**IT IS FURTHER ORDERED** that oral argument on the Motion to Dismiss (Doc. 4) shall be held at that time as well.

DATE OF ENTRY FEB 0 8 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.

**IT IS FURTHER ORDERED** that cross-motions on the injunctive relief requested by plaintiff shall be filed on Friday, February 11, 2000 by 4:00 p.m. Responses shall be filed no later than Tuesday, February 15, 2000 by 4:00 p.m.

**IT IS FURTHER ORDERED** that in the event that either the preliminary injunction and/or the motion to dismiss are rendered moot, counsel shall advise the Court as soon as possible.