FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 10 A 10:57

LORETTA G. WHYTE

**MINUTE ENTRY**
**AFRICK, M.J.**
**February 9, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SMART ID CARDS, INC.**                CIVIL ACTION NO. 00-0169

versus                                  SECTION: "K" (3)

**RING SYSTEMS, INC.**

      Following discussions, the parties have settled the above-captioned case. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY  FEB 10 2000

Fee ___
Process ___
X Dktd ___
__ CtRmDep
__ Doc. No.