



FILED
U.S. DISTRICT COURT

2000 MAR 24  P 4: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SMART ID CARDS, INC. | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0169 |
| VERSUS | * | SECTION "K" |
| RiNG SYSTEMS, INC. | * | MAGISTRATE 3 |
| Defendant, | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITH PREJUDICE

Smart ID Cards, Inc. ("Smart ID") and RiNG Systems, Inc. ("RiNG") jointly move this Court to dismiss with prejudice their respective claims for the following reasons:

I.

On December 3, 1999, Smart ID filed a "Petition for Preliminary and Permanent Injunction and Other Relief" ("Petition") in the Twenty-Second Judicial District Court, Parish of St. Tammany, State of Louisiana. Smart ID's Petition also sought damages and attorneys' fees.

DATE OF ENTRY
MAR 3 0 2000

Fee_____
Process____
X Dktd____
__ CtRmDep__
Doc.No.__14__

516761/1

II.

RiNG timely removed Smart ID's Petition to this Court and subsequently responded to the Petition. RiNG also filed counterclaims against George Hebert (Smart ID's President) and Smart Card Solutions, Inc.

III.

During the course of this action, the Court entered a Stipulated Protective Order.

IV.

Both Smart ID and RiNG wish to dismiss these respective claims. They also wish to keep the Stipulated Protective Order effective.

V.

**WHEREFORE**, Smart ID Cards, Inc. and RiNG Systems, Inc. respectfully move this Court for an order (1) dismissing their respective claims with prejudice and (2) leaving the Stipulated Protective Order effective.

_____
Paul J. Masinter, 18324
    Of
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorney for defendants,
RiNG Systems, Inc.

_____
Michael G. Gaffney, 5868
    Of
HURNDON & GAFFNEY
631 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 581-3301

Attorneys for Smart ID Cards, Inc.,
George Hebert, and Smart Card Solutions, Inc.

516761/1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SMART ID CARDS, INC. | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0169 |
| VERSUS | * | SECTION "K" |
| RiNG SYSTEMS, INC. | * | MAGISTRATE 3 |
| Defendant, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Dismiss With Prejudice, the motion is **GRANTED** and

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the respective claims of Smart ID Cards, Inc. and RiNG Systems, Inc. be dismissed with prejudice, with each party to bear its own costs; and

516761/1

- 2 -

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Stipulated Protective Order entered by the Court will remain effective and the parties thereto subject to its terms.

New Orleans, Louisiana, this 25TH day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE